Form 1-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |
|---|---|
| Concept2, Inc.<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 25-00084 |

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Highgate Springs, VT - Port Code 0212 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 021223101582 | Date Protest Filed: | 2/24/2023 |
| Importer: | Concept2, Inc. | Date Protest Denied: | 11/22/2024 |
| Category of Merchandise: | Flywheel Housing Perforated Screen | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 551-9286272-6 | January 10, 2020 | October 5, 2022 | 551-9344582-8 | March 13, 2020 | October 5, 2022 |
| 551-9286275-9 | January 10, 2020 | October 5, 2022 | 551-9385419-3 | March 26, 2020 | October 5, 2022 |
| 551-9309058-2 | January 29, 2020 | October 5, 2022 | 551-9401089-4 | February 26, 2020 | October 5, 2022 |
| 551-9309059-0 | January 28, 2020 | October 5, 2022 | | | |

Michael E. Roll
Roll & Harris LLP
2121 Avenue of the Stars – Suite 800
Los Angeles, CA 90067
310-294-9501
michael.roll@thetradelawfirm.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Flywheel Housing Perforated Screen | 9506.91.00<br>9903.88.15 | 4.6%<br>7.5%/15% | 9506.91.00<br>9903.88.51 | 4.6%<br>0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The protest was timely filed within 180 days of the posting of notice of liquidation. AD/CVD was assessed on the imported merchandise incorrectly, as this product was determined by the Commerce Department to be outside the scope of the AD/CVD orders on certain stainless steel sheet and strip from the People's Republic of China. In addition, these goods were eligible for an exclusion from the assessment of Section 301 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

5/9/2025
Date